STATE OF NEW JERSEY v. GERALD DONNERSTAG.

October 11, 1977. Petitions for certification denied.

LONG BRANCH EDUCATION ASSOCIATION v. BOARD OF EDUCATION OF THE CITY OF LONG BRANCH.

October 11, 1977. Petition for certification denied.

LEONARD J. SCHLESINGER v. ROBERT SMITH.

October 11, 1977. Petition for certification denied. (See 151 *N. J. Super.* 264)

STATE OF NEW JERSEY v. WILLIE MORGAN.

October 11, 1977. Petition for certification denied.

PUBLIC INTEREST RESEARCH GROUP OF NEW JERSEY, INC. v. STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION.

October 11, 1977. Petition for certification denied. (See 152 *N. J. Super.* 191)